1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   EDWIN GARCIA,                                      )   Case No.1:15-cv-01604-SAB (PC)
                                                         )
12               Plaintiff,                              )
                                                         )   ORDER TRANSFERRING CASE TO THE
13          v.                                           )   CENTRAL DISTRICT OF CALIFORNIA
                                                         )
14   L.A. COUNTY SHERIFF DEPARTMENT,                     )
     et al.,                                             )
15               Defendants.                             )
                                                         )
16   _____                  )

17          Plaintiff, a current state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.

19          The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

23   situated, or (3) a judicial district in which any defendant may be found, if there is no district in which

24   the action may otherwise be brought." 28 U.S.C. § 1391(b).

25          In this case, none of the defendants reside in this district.  The claim arose in Los Angeles

26   County, which is in the Central District of California.  Therefore, Plaintiff's complaint should have

27   been filed in the United States District Court for the Central District of California.  In the interest of

28

1

1  justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  <u>See</u>

2  28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

3         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4  District Court for the Central District of California.

5

6  IT IS SO ORDERED.

7  Dated:    **October 21, 2015**

8                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28